# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JULIO C. CALDERON,** <br><br> Defendant. | PO 25-5138-GF-TJC <br><br> **VIOLATION:** <br> **E2029747** <br> **Location Code: M13** <br><br> **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation E2029747 (for a total of $65), and for good cause shown,

**IT IS ORDERED** that the $65 payment made by the defendant is accepted as a full adjudication of violation E2029747.

**IT IS FURTHER ORDERED** that the bench trial scheduled for January 9, 2025, is **VACATED**.

DATED this 3 day of November, 2025.

_____
Timothy J. Cavan
United States Magistrate Judge